IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX HERNANDEZ VICENTE,<br>Petitioner,<br><br>v.<br><br>J.L. JAMISON, JOHN E. RIFE,<br>MARKWAYNE MULLIN, PAMELA<br>BONDI, U.S. DEPARTMENT OF<br>HOMELAND SECURITY, EXECUTIVE<br>OFFICE OF IMMIGRATION REVIEW,<br>Respondents. | CIVIL ACTION<br><br><br><br>NO.  26-2045 |

**O R D E R**

**AND NOW**, this 30th day of March, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of

   Pennsylvania without further order of the Court.

2. Respondents shall file and serve a response on or before **April 2, 2026**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.