## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEX HERNANDEZ VICENTE,**<br>**Petitioner,**<br><br>v.<br><br>**J.L. JAMISON, JOHN E. RIFE,**<br>**MARKWAYNE MULLIN, PAMELA**<br>**BONDI, U.S. DEPARTMENT OF**<br>**HOMELAND SECURITY, EXECUTIVE**<br>**OFFICE OF IMMIGRATION REVIEW,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-2045** |

## O R D E R

**AND NOW**, this 10th day of June, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF 1) filed by petitioner, Alex Hernandez Vicente, the Court noting that said

Petition was granted by Memorandum and Order dated April 7, 2026, and the Government

having certified its compliance on April 8, 2026, **IT IS ORDERED** that the Clerk of Court shall

**MARK** this case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**